UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| Plaintiff, | : |
| v. | : |
| | : **Case No: 5:20-cv-1096-OLG** |
| **ADE 699, LLC.,** | : |
| Defendant, | : |
| _____/ | : |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiff, by and through her undersigned counsel, advises the Court that this case has been settled. Pursuant to the terms of the Parties' agreement, she hereby voluntarily dismisses this case, with prejudice.

    */s/Philip Michael Cullen, III*
    Bar No: 167853
    **PHILIP MICHAEL CULLEN, III**
    **Attorney at Law – Chartered**
    621 South Federal Highway, Suite Four
    Fort Lauderdale, FL 33301
    ph. (954) 462-0600
    fax (954) 462-1717
    CULLENIII@aol.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on November 13, 2020. I further certify that a copy was furnished, by U.S. Mail to ADE 699, LLC, C/O INCORP SERVICES, INC., Registered Agent 815 BRAZOS, SUITE 500, AUSTIN, TX 78701, on the same date.

                                                                /s/*Philip Michael Cullen, III*

cc: twilke@savannasuites.com